IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20 CR 00055 |
| Plaintiff, | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | |
| JORDAN D. CARPENTER, | : | UNITED STATES' MOTION TO FILE SENTENCING MEMORANDUM |
| Defendant. | : | UNDER SEAL |

Now comes the United States Attorney and moves this Court, pursuant to its inherent power to control papers filed with the Court, for a protective order sealing its Sentencing Memorandum, until otherwise directed by this Court.

In support of this Motion, the United States Attorney states that the disclosure of the document contains sensitive information that does not need to be disclosed.

WHEREFORE, the United States of America respectfully requests that the previously referenced document be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

/s/Ryan A. Saunders
RYAN A. SAUNDERS (0091678)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
E-mail: Ryan.Saunders2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served this 12th day of October, 2021, electronically on: Cheryll A. Bennett, Attorney for Defendant.

/s/Ryan A. Saunders
RYAN A. SAUNDERS (0091678)
Assistant United States Attorney